AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

*USMS #61105-512*

United States of America
v.
GLEN BARTON

*Defendant*

) Case: 1:26-cr-00095
) Assigned To : Cobb, Jia M.
)
) Assign. Date : 4/24/2026
) Description: INDICTMENT (B)

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    GLEN BARTON                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition      ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2251(a) - (Sexual Exploitation of a Child)

18 U.S.C. § 2251(a) & (e) - (Conspiracy to Commit Sexual Exploitation of a Child)

22 D.C. Code §§ 3008, 3020(a)(4) - (First Degree Child Sexual Abuse with Aggravating Circumstances)

22 D.C. Code §§ 3009, 3020(a)(4) - (Second Degree Child Sexual Abuse with Aggravating Circumstances)

Date:   04/24/2026

*Issuing officer's signature*

City and state:    Washington, D.C.

Moxila A. Upadhyaya, United States Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  5/5/26 , and the person was arrested on *(date)*  5/6/26  at *(city and state)*  Winterville, GA  . |
| Date:  5/6/26        *Arresting officer's signature* |
| Cole Couch  Special Agent  *Printed name and title* |